FILED

10 MAY 17 PM 1:47

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEREFEX CORPORATION,

Plaintiff,

vs.                                    Case No.   2:08-cv-692-FtM-29DNF

HICKMAN  HOLDINGS,  LP,  CHRESSIAN,
LLC,   THE   D'ANZA  FAMILY  TRUST,
BILTMORE INVESTMENTS,LTD jointly and
severally,

Defendants.

_____

## ORDER

This  matter  is  before  the  Court  on  consideration  of  the
Magistrate  Judge's  Report  and  Recommendation  (Doc.  #87),  filed
April  20,  2010,  recommending  that  defaults  be  entered  against
Hickman  Holdings,  LP,  Chressian,  LLC,  and  The  D'Anza  Family  Trust.
No  objections  have  been  filed  and  the  time  to  do  so  has  expired.

After  conducting  a  careful  and  complete  review  of  the  findings
and  recommendations,  a  district  judge  may  accept,  reject  or  modify
the  magistrate  judge's  report  and  recommendation.    28  U.S.C.  §
636(b)(1);  Williams  v.  Wainwright,  681  F.2d  732  (11th  Cir.  1982),
cert.  denied,  459  U.S.  1112  (1983).    In  the  absence  of  specific
objections,  there  is  no  requirement  that  a  district  judge  review
factual  findings  de  novo,  Garvey  v.  Vaughn,  993  F.2d  776,  779  n.9
(11th  Cir.  1993),  and  the  court  may  accept,  reject  or  modify,  in
whole  or  in  part,  the  findings  and  recommendations.    28  U.S.C.  §
636(b)(1)(C).    The  district  judge  reviews  legal  conclusions  de

*novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #87) is hereby **adopted.**

2.   The Clerk shall enter defaults against Hickman Holdings, LP, Chressian, LLC, and The D'Anza Family Trust.

**DONE AND ORDERED** at Fort Myers, Florida, this ___17TH___ day of May, 2010.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties