**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:11 CV 255**

| | | |
|---|---|---|
| **SEREFEX CORPORATION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BILTMORE INVESTMENTS, LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pending before the Court are the Motion for Leave to Appear Pro Hac Vice [# 129] and the Motion for Leave to Appear Special Admission [# 130]. Michael P. Marsalese, Esq. moves for leave to appear pro hac vice in this case and for leave to appear by special admissions without associating with local counsel. Mr. Marsalese is not a member of the North Carolina bar and is not licenced to practice in this Court. He has not paid the admission fees and has not associated with local counsel as required by Local Rule 83.1(D)(1) to appear pro hac vice. Accordingly, the Court **DENIES** the Motion for Leave to Appear Pro Hac Vice [# 129]. Moreover, the Court **DENIES** the Motion for Leave to Appear Special Admission [# 130]. The Court will not grant Mr. Marsalese leave to practice in this Court by special admission pursuit to Local Rule 83.1(D)(2). If Mr. Marsalese wants to be admitted pro hac vice in this case, he must associate himself with local counsel who is admitted in this Court and pay the admission fee.

Signed: November 3, 2011

Dennis L. Howell
United States Magistrate Judge

2