IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 255

| | |
|---|---|
| SEREFEX CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BILTMORE INVESTMENTS, LTD., )<br>)<br>Defendant. ) | ORDER |

Previously, the Court denied the requests to allow Michael P. Marsalese, Esq. to appear pro hac vice in this case and to appear by special admissions without associating with local counsel. (Order, Nov. 3, 2011.) As the Court pointed out in its prior Order, Mr. Marsalese is not a member of the North Carolina bar and is not licenced to practice in this Court. (Id.) In addition, he did not pay the admission fees and had not associated with local counsel as required by Local Rule 83.1(D)(1) to appear pro hac vice. (Id.) The Court further instructed Mr. Marsalese that if he wanted to be admitted pro hac vice in this case, he must associate himself with local counsel who is admitted in this Court and pay the admission fee. (Id.)

Since the entry of this Order, Mr. Marsalese has not paid the admission fee and has not associated himself with local counsel. In addition, Mr. Schifino has not moved to appear pro hac vice. Accordingly, the Court **DIRECTS** the Clerk to remove John Schifino and Michael Marsalese as attorneys of record in this case. Finally, the Court **DIRECTS** Gary K. Sue, Esq. to Show Cause in writing within

five (5) days of the entry of this Order as to whether he intends to represent Plaintiff Serefex Corporation in this matter.

Signed: January 12, 2012

Dennis L. Howell
United States Magistrate Judge