# United States District Court
# For The Western District of North Carolina
# Asheville Division

SEREFEX CORPORATION,

       Plaintiff,    JUDGMENT IN A CIVIL CASE

vs.    1:11cv255

BILTMORE INVESTMENTS, LTD.,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/06/2012 Order.

       Signed: June 6, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court