# United States District Court
# For The Western District of North Carolina
# Asheville Division

SEREFEX CORPORATION,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                            1:11cv255

BILTMORE INVESTMENTS, LTD.,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/06/2012 Order.

                                              Signed: June 6, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court